# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00306-CV

**In re Mark David Simmons**

**ORIGINAL PROCEEDING FROM HAYS COUNTY**

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Filed: May 24, 2011